UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ARTHUR KING,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL LEE TARVER, et al.,<br><br>Defendants. | No. 2:23-cv-02206-TLN-SCR<br><br><br><br>**ORDER** |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636.

On November 5, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 24.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 25.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2024, are ADOPTED IN FULL; and

2. The Motion to Dismiss (ECF No. 11) as to Judge Jones and Judge Dhillon is

GRANTED, the Motion to Dismiss (ECF No. 16) as to Defendants Santiago James Garcia and Sacramento County is GRANTED, and this action is dismissed without prejudice and without further leave to amend.

      3. The Clerk of Court is directed to close the case.

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE